# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1477
_____

EDGAR LEVIN TOUCHTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Levy County.
Luis Bustamante, Judge.

October 13, 2025


PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda Butson, Assistant Attorney General, Tallahassee, for Appellee.